# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D20-2462
5D21-0224
LT Case No. 2017-CA-001872

_____

AMANDA WETTSTEIN TALMAGE,

    Appellant/Cross-Appellee,

    v.

JIMMY CONNER, DON
MAGRUDER, WILLIAM JONES, RO-
MAC LUMBER AND SUPPLY, INC.,
CITIZENS SPEAKING OUT
COMMITTEE, and CITIZENS FOR
BETTER GOVERNMENT,

    Appellees/Cross-Appellants.

_____

On appeal from the Circuit Court for Lake County.
Brian Welke, Judge.

Laura K. Hargrove, of Gause & Hargrove, PLLC, Tavares, for
Appellant/Cross-Appellee.

Marie A. Mattox, of Marie A. Mattox, P.A., Tallahassee, for
Appellee/Cross-Appellant, Jimmy Conner.

No Appearance for Other Appellees/Cross-Appellants.


February 2, 2024

ON MOTION TO ENFORCE MANDATE

PER CURIAM.

Amanda Talmage petitions for a writ of certiorari, seeking review of a non-final order allowing Jimmy Conner to file a third amended complaint against her.* In the litigation between these parties, this Court previously issued a mandate in this case, 5D20-2462, on November 22, 2021, affirming the lower tribunal's dismissal with prejudice of all claims against Talmage. Talmage filed the instant petition as a new appellate proceeding, 5D22-2598, which this Court has determined will be treated as a motion to enforce the mandate in 5D20-2462.

Having reviewed the extensive record and considered the parties' detailed appellate submissions, the Court grants Appellant's motion to enforce mandate. Under the law of the case doctrine, the trial court erred in allowing Conner the opportunity to file an amended complaint; this Court previously affirmed the dismissal with prejudice of all of Conner's claims against Talmage. Conner now attempts to assert claims substantially the same as those raised or that could have been raised previously. Indeed, the cause of action in Conner's "third amended complaint (revised)" is substantially the same as the claim previously dismissed with prejudice in the trial court and affirmed on appeal by this Court. Moreover, Conner's argument in support of further amendment was previously rejected, thereby making it improper to seek to circumvent this Court's decision and mandate.

It is hereby ordered that Conner's "third amended complaint (revised)" is stricken and that the trial court shall abide by this Court's previous mandate in 5D20-2462 and disallow any further amended complaint by Conner against Talmage.

MOTION TO ENFORCE MANDATE GRANTED.

---

* Review is also sought of the denial of Talmage's motion for sanctions against Conner and his attorneys. The denial of Appellant's motion for sanctions is not reviewable as a nonfinal order and will not be addressed.

MAKAR, LAMBERT, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————